# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOREEN STOIA,<br><br>    Plaintiff,<br><br>v.<br><br>SHANE RYAN, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 09-5947 |

August 9, 2010                                                                                                          Pollak, J.

## ORDER

**AND NOW**, this 9th day of August, 2010, upon consideration of petitioner's Habeas Corpus Petition (Docket No. 1) and the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter (Docket No. 11), and the record herein, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. A Certificate of Appealability is **NOT GRANTED.**

                                                                                        BY THE COURT

                                                                                        /s/ Louis H. Pollak
                                                                                        Pollak, J.